UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                                                       Honorable Patrick Duggan

                Plaintiff

-vs-

                                                              Case No 03 CR 81105-2
JOSE MANUEL SANTIAGO,                    TO BE SEALED

                Defendant
_____/

ORDER ENLARGING TIME IN WHICH
TO SURRENDER TO DESIGNATED INSTITUTION

      At a session of said Court held in the United States Courthouse in the City of Detroit on the 6th day of March 2009.

    Present:        HONORABLE PATRICK J. DUGGAN
                         U.S.District Judge

      WHEREAS, a Stipulation to said effect having been filed and the Court being duly advised in the premises;

      IT IS HEREBY ORDERED that the Defendant, JOSE MANUEL SANTIAGO, may surrender to the institution designated by the Bureau of Prisons on May 11, 2009 at 2:00 P.M. EST.

                s/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated: March 6, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 6, 2009,by electronic and/or ordinary mail.

                s/Marilyn Orem
                Case Manager