UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                               Honorable Patrick Duggan

        Plaintiff

-vs-

                               Case No. 03 CR 81105-2

JOSE MANUEL SANTIAGO,

        Defendant
_____/

ORDER ENLARGING TIME IN WHICH
TO SURRENDER TO DESIGNATED INSTITUTION

At a session of said Court held in the United States Courthouse in the City of Detroit on the 8th day of May 2009.

WHEREAS, a Stipulation to said effect having been filed and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the Defendant, JOSE MANUEL SANTIAGO, may surrender to the institution designated by the Bureau of Prisons on July 13, 2009 at 2:00 P.M. E.S.T.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: May 8, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 8, 2009, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager