UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                 Honorable Patrick Duggan

     Plaintiff

-vs-

                 Case No. 03 CR 81105-2

JOSE MANUEL SANTIAGO,

     Defendant
_____/

ORDER ENLARGING TIME IN WHICH
TO SURRENDER TO DESIGNATED INSTITUTION

At session of said Court held in the United States Courthouse in the City of Detroit on the 12th day of August 2009.

WHEREAS, a Stipulation to said effect having been filed in the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the Defendant, JOSE MANUEL SANTIAGO, may surrender to the institution designated by the Bureau of Prisons on August 22, 2009 at 2:00 P.M. E.S.T.

     s/Patrick J. Duggan
     Patrick J. Duggan
     United States District Judge

Dated: August 12, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on 8/12/09, by electronic and/or ordinary mail.

     s/Marilyn Orem
     Case Manager