UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO. 03-81105-2

UNITED STATES OF AMERICA,

-V-

JOSE MANUEL SANTIAGO,

_____/

**AMENDED**
ORDER EXTENDING REPORTING DATE

The Court having received a stipulation to delay reporting date, therefore

IT IS ORDERED that the defendant report to the institution designated by the Bureau of Prisons on September 22, 2009 at 2:00 p.m. E.S.T.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: August 17, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 17, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager