UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                     Honorable Patrick Duggan

        Plaintiff

-vs-

                                     Case No. 03 CR 81105-2

JOSE MANUEL SANTIAGO,

        Defendant
_____/

ORDER ENLARGING TIME IN WHICH
TO SURRENDER TO DESIGNATED INSTITUTION

At session of said Court held in the United States Courthouse in the City of Detroit on the 26th day of October 2009.

WHEREAS, a Stipulation to said effect having been filed in the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the Defendant, JOSE MANUEL SANTIAGO, may surrender to the institution designated by the Bureau of Prisons on December 1, 2009 at 2:00 P.M. E.S.T.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: October 26, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 26, 2009, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager