UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                                        Honorable Patrick Duggan

          Plaintiff

-vs-

                                                 Case No. 03 CR 81105-2

JOSE MANUEL SANTIAGO,

          Defendant
_____/

ORDER ENLARGING TIME IN WHICH
TO SURRENDER TO DESIGNATED INSTITUTION

      At session of said Court held in the United States Courthouse in the City of Detroit on the       day of November 2009.

      WHEREAS, a Stipulation to said effect having been filed in the Court being duly advised in the premises;

      IT IS HEREBY ORDERED that the Defendant, JOSE MANUEL SANTIAGO, may surrender to the institution designated by the Bureau of Prisons on December 31, 2009 at 2:00 P.M. E.S.T.

                    s/Patrick J. Duggan
                    Patrick J. Duggan
                    United States District Judge

Dated: November 30, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 30, 2009, by electronic and/or ordinary mail.

                    s/Marilyn Orem
                    Case Manager