UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                              Honorable Patrick Duggan

        Plaintiff

-vs-

                                          Case No. 03 CR 81105-2

JOSE MANUEL SANTIAGO,

        Defendant
_____/

AMENDED
ORDER ENLARGING TIME IN WHICH
TO SURRENDER TO DESIGNATED INSTITUTION

    At session of said Court held in the United States Courthouse in the City of Detroit on the      day of November 2009.

    WHEREAS, a Stipulation to said effect having been filed in the Court being duly advised in the premises;

    IT IS HEREBY ORDERED that the Defendant, JOSE MANUEL SANTIAGO, may surrender to the institution designated by the Bureau of Prisons on February 2, 2010 at 2:00 P.M. E.S.T.

                s/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated: December 23, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 23, 2009, by electronic and/or ordinary mail.

                s/Marilyn Orem
                Case Manager